# First District Court of Appeal
## State of Florida

_____

No. 1D2024-3041
_____

ROBERT DAVINI,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Shonna Young Gay, Judge.

April 2, 2026

PER CURIAM.

AFFIRMED.

LEWIS, KELSEY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Christopher Scott of the Law Office of Chris Scott, Lynn Haven, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.